■ PUBLIC SERVICE MUTUAL INS. CO. v. HUDSON PROPERTIES, INC., et al. — Motion by General Fire and Casualty Company, Empire Mutual Insurance Company, Security Mutual Insurance Company, Consolidated Mutual Insurance Company and Cosmopolitan Mutual Insurance Company for leave to reargue

prior motions for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.